ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                    )
                                               )
Advanced Concepts and Technologies             )    ASBCA Nos. 63027, 63249
  International, LLC                            )
                                               )
Under Contract No. GS00Q14OADS101              )
  T.O. W9124D-19-F-0300                         )

APPEARANCES FOR THE APPELLANT:        Erin L. Felix, Esq.
                                      Gregory S. Jacobs, Esq.
                                        Polsinelli PC
                                        Washington, DC

APPEARANCES FOR THE GOVERNMENT:       Scott N. Flesch, Esq.
                                        Army Chief Trial Attorney
                                      LTC Michael R. Tregle, Jr., JA
                                        Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  August 1, 2023

_____
MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63027, 63249, Appeals of Advanced Concepts and Technologies International, LLC, rendered in conformance with the Board's Charter.

Dated:  August 2, 2023

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals